■ PAMELA PRYOR et al., Appellants, v CITY OF NEW YORK et al., Defendants, and JUDLAU CONTRACTING, INC., Respondent. [879 NYS2d 716]—Order, Supreme Court, New York County (Karen S. Smith, J.), entered April 11, 2008, which, in an action for personal injuries allegedly sustained as the result of a trip and fall over an exposed baseplate for a sidewalk bollard, granted defendant-respondent's motion for summary judgment dismissing the complaint and all cross claims as against it, unanimously affirmed, without costs.

Respondent made a prima facie showing of entitlement to judgment as a matter of law by submitting evidence that it performed no construction work at or near the area where plaintiff fell. In opposition, plaintiff failed to raise a triable issue of fact. The testimony of plaintiff's expert as to the cause of the accident was speculative and without support in the record, and, as such, insufficient to support a finding that respondent performed any work where plaintiff fell (*see Reyes v Kimball, Div. of Kimball Intl. Mktg.*, 269 AD2d 156, 157 [2000]). Concur—Tom, J.P., Nardelli, Catterson, Renwick and Richter, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMIN COSTER, Appellant. [881 NYS2d 359]—Judgment, Supreme Court, New York County (John Cataldo, J.), rendered on or about March 27, 2008, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Nardelli, Catterson, Renwick and Richter, JJ.